UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Westchester Surplus Lines Insurance Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Clancy & Theys Construction Company, ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:12-CV-636-BR |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that:

    1. Clancy shall have and recover of Westchester the amount of $1,746,963.83.

    2. The sum in Paragraph 1 shall bear interest at rate of 8% per annum from 28 September 2012 until the date of entry of judgment.

    3. The sum in Paragraph 1 shall bear interest at the legal rate from the date of entry of judgment until paid.

This case is closed.

**This judgment filed and entered on June 18, 2015, and served on:**

Danny L. Worker (via CM/ECF Notice of Electronic Filing)
Jessica Cobaugh Tyndall (via CM/ECF Notice of Electronic Filing)
Joseph Douglas Budd (via CM/ECF Notice of Electronic Filing)
Allen Holt Gwyn (via CM/ECF Notice of Electronic Filing)
Eugene F. Rash (via CM/ECF Notice of Electronic Filing)
Kirk D. Johnston (via CM/ECF Notice of Electronic Filing)

June 18, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk