IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:12-CV-00636-BR

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CLANCY & THEYS CONSTRUCTION COMPANY,<br><br>Defendant. | **PLAINTIFF WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Westchester Surplus Lines Insurance Company ("Westchester") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order finding Westchester liable to Defendant Clancy & Theys Construction Company ("Clancy") for breaching the subject insurance policy and awarding damages in Defendant Clancy & Theys Construction Company's favor in the amount of $1,746,963.83 (Docket Entry # 218) and from the Judgment entered with respect to that Order (Docket Entry # 219). Westchester further appeals from the Orders granting Clancy's Third and Fifth Motions *in Limine* and the Order denying Westchester's First Motion *in Limine*, (Docket Entry # 203). Westchester also appeals from the Order denying its Motion for Summary Judgment as to its request for declaratory judgment and as to Clancy's breach of contract claim. (Docket Entry # 153).

Westchester files this notice contemporaneously with its motions for post-trial relief filed under Rules 52 and 59 of the Federal Rules of Civil Procedure and asks that this notice of appeal "become effective…when the order disposing of the last such remaining motion is entered." Fed. R. App. P. Rule 4(a)(4)(B)(i).

Respectfully submitted, this the 16th day of July 2015.

/s/ JESSICA C. TYNDALL
Bar No: 28475
McAngus Goudelock & Courie
Post Office Box 30516
Raleigh, North Carolina 27622
Phone: (919) 719-8235
Fax: (919) 510-9825
Email: jessica.tyndall@mgclaw.com

Danny L. Worker
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street; Suite 300
Chicago, Illinois 60661
(312) 407-9921 Telephone
(312) 345-1778 Facsimile
dan.worker@lewisbrisbois.com

Attorneys for Westchester Surplus Lines Insurance

## CERTIFICATE OF SERVICE

       I hereby certify that on July 16, 2015, copies of the foregoing document were served on all counsel of record via the Court's cm/ecf system. Counsel served include:

Kirk D. Johnston
Smith Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue NE
Atlanta, Georgia 30303
Attorney for Clancy & Theys Construction Co.

Eugene F. Rash
Smith Currie & Hancock, LLP
1023 West Morehead Street, Suite 301
Charlotte, North Carolina 28208
Attorney for Clancy & Theys Construction Co.

A. Holt Gwyn
Conner Gwyn Schenck, PLLC
306 East Market Street, Suite One
Greensboro, North Carolina 27401
Attorney for Clancy & Theys Construction Co.

/s/JESSICA C. TYNDALL
Bar No: 28475
Attorney for Westchester Surplus Lines Insurance
McAngus Goudelock & Courie
Post Office Box 30516
Raleigh, North Carolina 27622
Phone: (919) 719-8200
Fax: (919) 510-9825
Email: jessica.tyndall@mgclaw.com