# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| Westchester Surplus Lines Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| v. | ) | **JUDGMENT** |
| | ) | |
| Clancy & Theys Construction Company, | ) | |
| | ) | 5:12-CV-636-BR |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that:

    1. Clancy shall have and recover of Westchester the amount of $1,746,963.83.

    2. The sum in Paragraph 1 shall bear interest at the rate of 8% per annum from 17 June 2013 until the date of entry of judgment.

    3. The sum in Paragraph 1 shall bear interest at the legal rate from the date of entry of judgment until paid.

This case is closed.

**This judgment filed and entered on October 22, 2015, and served on:**

Danny L. Worker (via CM/ECF Notice of Electronic Filing)
Jessica Cobaugh Tyndall (via CM/ECF Notice of Electronic Filing)
Joseph Douglas Budd (via CM/ECF Notice of Electronic Filing)
Allen Holt Gwyn (via CM/ECF Notice of Electronic Filing)
Eugene F. Rash (via CM/ECF Notice of Electronic Filing)
Kirk D. Johnston (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

October 22, 2015

By: Deputy Clerk